ERIE RAILROAD COMPANY, Appellant, *v.* JOHN WILLIAMS,
as Commissioner of Labor of the State of New York,
Respondent.

*Erie R. R. Co.* v. *Williams,* 136 App. Div. 902, affirmed.
(Argued February 28, 1910; decided June 14, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 11, 1910, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court
on trial at Special Term in an action to restrain the defendant
from instituting any action or proceeding against the plaintiff
for the recovery of penalties for violations of the provisions
of the Labor Law requiring railroad corporations to pay their
employees semi-monthly in cash.

*George N. Orcutt* and *George F. Brownell* for appellant.

*Edward R. O'Malley,* Attorney-General (*Edward H.
Letchworth* of counsel), for respondent.

Judgment affirmed, with costs, on opinion in *N. Y. C. &
H. R. R. R. Co.* v. *Williams* (199 N. Y. 108).

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BART-
LETT, HISCOCK and CHASE, JJ.